**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-MJ-8280-RMM

UNITED STATES OF AMERICA

vs.

Eduin Julio SANDOVAL-LOPEZ,

Defendant.
_____/

FILED BY ____SP____ D.C.

Jul 14, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? **No**

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    **No**

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   _____
Robin Waugh
Assistant United States Attorney
FLA Bar No.    0537837
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561)820-8711
Fax:
Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Eduin Julio SANDOVAL-LOPEZ,<br><br>*Defendant* | )<br>)<br>)  Case No.  22-MJ-8280-RMM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of __July 13, 2022,__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:
See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, TFO, DHS-HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 7/14/22

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

22-MJ-8280-RMM

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Eduin Julio SANDOVAL-LOPEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about July 13, 2022, Eduin Julio SANDOVAL-LOPEZ was arrested in Palm Beach County, Florida for the offense of burglary of a conveyance with assault or burglary. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Eduin Julio SANDOVAL-LOPEZ is a native and citizen of Guatemala. Records further show that on or about December 16, 2014, Eduin Julio SANDOVAL-LOPEZ was ordered removed. The Order of Removal was executed on or about December 19, 2014, whereby Eduin Julio SANDOVAL-LOPEZ was removed from the United States and returned to Guatemala.

5. Thereafter, Eduin Julio SANDOVAL-LOPEZ re-entered the United States illegally, and on or about August 14, 2015, was removed and returned to Guatemala for the second time.

22-MJ-8280-RMM

6.  Eduin Julio SANDOVAL-LOPEZ's fingerprints taken in connection with his July 13, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Eduin Julio SANDOVAL-LOPEZ.

7.  A record check was performed in the Computer Linked Application Informational Management System to determine if Eduin Julio SANDOVAL-LOPEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Eduin Julio SANDOVAL-LOPEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.  Based on the foregoing, I submit that probable cause exists to believe that, on or about July 13, 2022, Eduin Julio SANDOVAL-LOPEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___14___ day of July 2022.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

2