**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

22-cr-80112-Cannon/Reinhart

CASE NO. _____

**8 U.S.C. § 1326(a)**

**UNITED STATES OF AMERICA**

**vs.**

**EDUIN JULIO SANDOVAL-LOPEZ,**

_____**Defendant.**_____/

FILED BY _____ D.C.

JUL 2 1 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**INDICTMENT**

The Grand Jury charges that:

On or about July 13, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**EDUIN JULIO SANDOVAL-LOPEZ,**

an alien, having been previously removed from the United States on or about December 19, 2014 and August 14, 2015, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States, or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____ for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
ROBIN W. WAUGH
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:**  22-cr-80112-Cannon/Reinhart

**v.**

**EDUIN JULIO SANDOVAL-LOPEZ,**

### CERTIFICATE OF TRIAL ATTORNEY*

_____/

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami  ☐ Key West  ☐ FTP
- ☐ FTL  ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I | ☑ 0 to 5 days |
   | II | ☐ 6 to 10 days |
   | III | ☐ 11 to 20 days |
   | IV | ☐ 21 to 60 days |
   | V | ☐ 61 days and over |

   (Check only one)

   | ☐ Petty |
   | ☐ Minor |
   | ☐ Misdemeanor |
   | ☑ Felony |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                                        Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-MJ-8280-RMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                                        Case No.

9. Defendant(s) in federal custody as of  7/15/2022

10. Defendant(s) in state custody as of

11. Rule 20 from the                    District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By:  _____
Robin Waugh
Assistant United States Attorney
FLA Bar No.        0537837

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:     EDUIN JULIO SANDOVAL-LOPEZ

**Case No:**    22-cr-80112-Cannon/Reinhart

Count #: 1

Illegal Reentry After Deportation

Title 8, United States Code, Section 1326(a)

**\* Max. Term of Imprisonment:**   2 years' imprisonment, , and
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:** 1-year supervised release
**\* Max. Fine:**  $250,000 fine

Count #:

_____

_____

**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

Count #:

_____

_____

**\* Max. Term of Imprisonment:**
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:**
**\* Max. Fine:**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**